# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 3, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153959

BRUCE A. WILLIAMS,

       Plaintiff-Appellant,

v

                                     SC: 153959

                                     CoA: 331757

DEPARTMENT OF CORRECTIONS,

       Defendant-Appellee.
_____

       On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of June 22, 2016, the Clerk of the Court is hereby directed to close this file.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 3, 2016



Clerk

jam